# ERLANGER LAW FIRM PLLC

ROBERT K. ERLANGER
Admitted New York & New Jersey



RECEIVED
SEP 1 2 2007
CHAMBERS OF
COLLEEN McMAHON

1170 Broadway, Suite 1206
New York, New York 10001
Tel.: (212) 686-8045
Fax: (212) 686-7886
Email: robert@rkerlangerlaw.com
Web: rkerlangerlaw.com

September 12, 2007

BY FAX

Hon. Colleen McMahon
United States District Judge
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

*Rescheduled for November 2, 2007 @ 10:00 a*

Re: Alhovsky v. Ryan
07 Civ. 7628(CM)(DFE)

Colleen McMahon
9/13/07

Dear Judge McMahon:

I present plaintiff Alexander Alhovsky in the above-referenced case. We just served the request for Waiver of Summons on all defendants by express mail two days ago; I expect that all six defendants will be represented by the Corporation Counsel of the City of New York. Today, we received a copy of the Court's Scheduling and Initial Pretrial Conference for October 10, 2007 at 1130. While I would like to move plaintiff's case expeditiously, under the circumstances, I respectfully submit that an October 10 conference date is premature. Perhaps a date in early November would be more appropriate.

Plaintiff respectfully requests that the Court either "so order" this letter with a new pretrial conference date or provide an amended scheduling order.

Respectfully submitted,

Robert K. Erlanger

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

# FAX TRANSMISSION

## ERLANGER LAW FIRM PLLC

1170 Broadway, Suite 1206
New York, New York 10001
T: (212) 686-8045
F: (212) 686-7886
email: robert@rkerlangerlaw.com
www.rkerlangerlaw.com

**To:** Hon. Colleen McMahon, U.S.D.J.
Fax: (212) 805-6326

**Date:** September 12, 2007

**From:** Robert K. Erlanger

**Pages** (including this page): 2

**Subject:** *Alhovsky v. Ryan*, 07 Civ. 7628 (CM)

This communication is confidential and intended to be privileged under the attorney-client and attorney work product privileges. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is prohibited and in violation of the foregoing privileges. If you have received this communication in error, please immediately notify us by telephone and destroy this fax. Thank you.