AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Alexander Alhovsky

v.

Thomas Ryan, et al.

**APPEARANCE**

Case Number: 07 CV 7628

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Thomas Ryan and the City of New York

I certify that I am admitted to practice in this court.

October 3, 2007
Date

*(signature)*
Signature

Suzette Corinne Rivera | SR 4272
Print Name | Bar Number

100 Church Street
Address

New York | NY | 10007
City | State | Zip Code

(212) 788-9567 | (212) 788-9776
Phone Number | Fax Number