UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ALEXANDER ALHOVSKY,

                                                  Plaintiff,

            -against-                                    **NOTICE OF APPEARANCE**

THOMAS RYAN, NEW YORK CITY POLICE
DEPARTMENT DETECTIVES "1-5," NEW YORK     07-CV-7628 (CM) (DFE)
CITY POLICE DEPARTMENT OFFICERS "1-10,"
JACK T. LINN, STEVE SIMON, RAY BROWN,
BARBARA BROWN and the NEW YORK CITY
DEPARTMENT OF PARKS AND RECREATION

                                                 Defendants.
------------------------------------------------------------------------ x

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Sheryl R. Neufeld, appears as counsel for Defendants Jack T. Linn, Steve Simon, Ray Brown and the New York City Department of Parks and Recreation and requests to receive notice of all docket events via the Electronic Case Filing system.  I certify that I am admitted to practice before this Court.

Dated:  New York, New York
         October 12, 2007

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel of
                                                the City of New York
                                                Attorney for Defendants Linn, Simon, R.
                                                Brown, and Parks Department
                                                100 Church St., Rm.5-188
                                                New York, New York  10007
                                                Email: sneufeld@law.nyc.gov
                                                Tel: (212) 788-1035
                                                Fax: (212) 791-9714

                                      By:    _____
                                                Sheryl R. Neufeld (SK-2728)
                                                Assistant Corporation Counsel

TO:    Robert K. Erlanger, Esq.
          (via ECF)