
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 10/29/07




RECEIVED
OCT 24 2007
Chambers of
Colleen McMahon

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SHERYL NEUFELD
Senior Counsel
Administrative Law Division
phone: (212) 788-1035
fax: (212) 791-9714
email: sneufeld@law.nyc.gov

# MEMO ENDORSED

October 24, 2007

**By Facsimile**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007
Facsimile: (212) 805-6326

*[Handwritten endorsement: Only available Fridays — sorry. Make yourselves available on a Friday. Colleen McMahon 10/25/07]*

Re: Alhovsky v. Ryan, et. al., Docket No. 07 CV 7628

Dear Judge McMahon:

This office represents the defendants in the above-referenced matter. I write in furtherance of the application submitted by my co-counsel, Suzette Rivera, for an adjournment of the Fed. R. Civ. Pro. Rule 16 conference presently scheduled for November 7, 2007, as I will be on vacation out of the country during the week of November 5, 2007. I have consulted with Ms. Rivera, as well as Robert Erlanger, counsel for plaintiff, regarding their schedules and we respectfully request that the Rule 16 conference be rescheduled for either November 14, November 26, November 27 or November 30. The reason that we request these dates is that in addition to my scheduled vacation, Ms. Rivera will be on vacation from November 15 through November 22 and Mr. Erlanger is not available on November 23, November 28 or November 29. I apologize for not being able to include this information in the letter Ms. Rivera sent earlier today and I appreciate your Honor's consideration of this application.

Respectfully submitted,

*Sheryl R Neufeld*

Sheryl R. Neufeld (SK 2728)
Assistant Corporation Counsel

Cc: Robert Erlanger, Esq. (by email)