UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ALEXANDER ALHOVSKY,

                                  Plaintiff,

-against-

THOMAS RYAN, NEW YORK CITY POLICE
DEPARTMENT DETECTIVES "1-5," NEW YORK
CITY POLICE DEPARTMENT OFFICERS "1-10,"
JACK T. LINN, STEVE SIMON, RAY BROWN,
BARBARA JOYNER, the NEW YORK CITY
DEPARTMENT OF PARKS AND RECREATION, and
the CITY OF NEW YORK,

                                  Defendants.

------------------------------------------------------------------------x

**AMENDED NOTICE OF MOTION TO DISMISS**

07 CV 7628 (CM)(DFE)

        **PLEASE TAKE NOTICE** that, defendants Thomas Ryan, Jack T. Linn, Steve Simon, Ray Brown, Barbara Joyner, the New York City Department of Parks and Recreation, and the City of New York will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for dismissal of the complaint with prejudice, pursuant to Rule 12(c) or, in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and in accordance with Judge McMahon's individual practices, on the grounds that the individual defendants are entitled to qualified immunity on some or all of plaintiff's claims and that the Department of Parks and Recreation and the City of New York are entitled to judgment as a matter of law.

        **PLEASE TAKE FURTHER NOTICE** that such motion will be submitted following the prescribed period of discovery set forth in the Court's Individual Practices.

Dated:   New York, New York
         November 14, 2007

        MICHAEL A. CARDOZO
        Corporation Counsel of the
        City of New York
        Attorney for Defendants Thomas Ryan, Jack T.
        Linn, Steve Simon, Ray Brown, and the New York
        City Department of Parks and Recreation
        100 Church Street
        New York, New York 10007

By: _____
        Suzette Corinne Rivera (SR 4272)
        Assistant Corporation Counsel
        Special Federal Litigation Division


_____
Sheryl Neufeld (SK 2728)
Assistant Corporation Counsel
Administrative Law Division


To:   Robert Erlanger, Esq. (By ECF)
     Attorney for Plaintiff
     1170 Broadway, Suite 1206
     New York, New York 10001

Index No. 07 CV 7628 (CM)(DFE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER ALHOVSKY,

Plaintiff,

-against-

THOMAS RYAN, NEW YORK CITY POLICE DEPARTMENT DETECTIVES "1-5", NEW YORK CITY POLICE DEPARTMENT OFFICERS "1-10", JACK T. LINN, STEVE SIMON, RAY BROWN, BARBARA BROWN, and the NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION,

Defendants.

**AMENDED NOTICE OF MOTION**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Suzette Corinne Rivera and Sheryl Neufeld*
*Tel:*
*NYCLIS No.*

Due and timely service is hereby admitted.

New York, N.Y. ........................................................., 200...

................................................................................ Esq.

Attorney for........................................................................