# MEMO ENDORSED

February 6, 2008

Honorable Colleen McMahon

United States District Judge

Southern District of New York

500 Pearl Street, Room 640

New York, NY 10007



RE: ALhovsky v. Ryan et. Al., Docket No. 07 CV 7628

Dear Judge McMahon,

Since we are within the time constraints of February 14th, 2008 as laid out by your honor, on behalf of the plaintiff I am asking you not to dismiss the case in point. I have procured new legal representation. The attorney is in the midst of reviewing the initial claim as well as the details of the case.

The defense attorney Sheryl Neufeld has the interrogatories mentioned in the February 4th letter to you at her disposal. Enclosed is a copy of the second set of interrogatories for your review.

Should you, or anyone else, deem it necessary to contact me further regarding this case do not hesitate to do so.

my cell:   (917)747-4397

my email:   facepainter@mail.com.

Thank you for your time and patience,

Respectfully yours,

Alexander Alhovsky

Encl.

*Mr. Alhovsky's new attorney needs to appear on Feb. 15 or not. I am not willing to [informed?] [cancel?]*

*Collen McM* 2/7/08