UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ALEXANDER ALHOVSKY,

                              Plaintiff,

-against-

THOMAS RYAN, NEW YORK CITY POLICE
DEPARTMENT DETECTIVES "1-5," NEW YORK
CITY POLICE DEPARTMENT OFFICERS "1-10,"
JACK T. LINN, STEVE SIMON, RAY BROWN,
BARBARA JOYNER, the NEW YORK CITY
DEPARTMENT OF PARKS AND RECREATION, and
the CITY OF NEW YORK,

                              Defendants.

**NOTICE OF MOTION**

07 CV 7628 (CM)

-----------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that upon the annexed Local Civil Rule 56.1 Statement, dated May 1, 2008; the Declaration of Assistant Corporation Counsel Suzette Corinne Rivera, dated May 1, 2008, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of the Motion for Summary Judgment; and upon all prior pleadings and proceeding had herein, defendants Thomas Ryan and the City of New York will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for dismissal of the complaint with prejudice, pursuant to Rule 12(c) or, in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and in accordance with Judge McMahon's individual practices, on the grounds that the individual defendant is entitled to qualified immunity on all of plaintiff's claims and that the City of New York is entitled to judgment as a matter of law, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated February 6, 2008, opposition papers, if any, are due on or before May 29, 2008.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated February 6, 2008, reply papers, if any, are due on or before June 5, 2008.

Dated: New York, New York

May 1, 2008

          MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants Thomas Ryan and
the City of New York
100 Church Street
New York, New York 10007

By: _____
Suzétte Corinne Rivera (SR 4272)
Assistant Corporation Counsel
Special Federal Litigation Division

To:   Robert Erlanger, Esq. (By ECF)
      Attorney for Plaintiff
      1170 Broadway, Suite 1206
      New York, New York 10001

Index No. 07 CV 7628 (CM)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| ALEXANDER ALHOVSKY,<br><div align="right">Plaintiff,</div><br>-against-<br><br>THOMAS RYAN. NEW YORK CITY POLICE DEPARTMENT DETECTIVES "1-5", NEW YORK CITY POLICE DEPARTMENT OFFICERS "1-10", JACK T. LINN, STEVE SIMON, RAY BROWN, BARBARA BROWN, the NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION, and the CITY OF NEW YORK,<br><div align="right">Defendants.</div> |
| **NOTICE OF MOTION** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street*<br>*New York, New York 10007*<br><br>*Of Counsel: Suzette Corinne Rivera*<br>*Tel:*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ........................................................................, 200...*<br><br>*........................................................................ Esq.*<br><br>*Attorney for........................................................................* |