# EXHIBIT C

114

ALHOVSKY

1          Making it hard to walk.  You know.  In other

2    words, I could not move as fast as they pushed me, so I kept

3    falling.

4              MR. ERLANGER:  Off the record.

5              (Whereupon, an off-the-record discussion

6          was held.)

7              MR. ERLANGER:  Back on.

8    A.    Straps.

9    Q.    So you were wearing --

10   A.    Overalls.

11   Q.    -- overalls on the date that you had this

12   incident with the police?

13   A.    Yes.

14   Q.    Now, how long were you sitting in the back of

15   the police car for?

16   A.    Anywhere from forty minutes to an hour.  It was

17   a very long, exhausting time.  With no air conditioning.

18   And I was freaking out.  I could not talk to anybody, nobody

19   would talk to me.

20   Q.    What happened after you were sitting in the car

21   for that time period?

22   A.    After?

23   Q.    Yes.

24   A.    I was brought to the 19th Precinct.

25   Q.    And what happened at the 19th Precinct?

ALHOVSKY

1      A.      They locked me in a, that room, um, all by

2   myself, for a very, very long time.

3      Q.      And did there come a point in time when they

4   came back to talk to you?

5      A.      I observed there was two police officers coming

6   and going, one was acting very rude and was very mean to me,

7   one -- the other one seemed to be more sensible, and even

8   offered me a cup of coffee.  Which I was very grateful that

9   somebody finally start talking.

10      Q.      And do you know the name of either of those

11   officers?

12      A.      I know one.  The name of one officer is Ryan.

13      Q.      And do you remember, was he one of the ones --

14   was he the one that asked you if you wanted coffee?

15      A.      That I don't remember.

16          Oh, yeah.  He was the one who, who brought me

17   the coffee.

18      Q.      Okay.

19      A.      Yes.

20      Q.      And what happened after he brought you coffee?

21      A.      Um, I was also -- I was informed by either one

22   of them that I -- they, um, they don't want to disclose any

23   information about my arrest.

24          The, the mean guy told me that, um, when I

25   asked him about like could you give me a hint at least, is