# EXHIBIT D

| UNUSUAL OCCURRENCE REPORT | | | DETECTIVE BUREAU | PAGE 1 OF 1 SUPPLEMENTAL: YES☒ NO☐ |
|---|---|---|---|---|
| DET. SQD 019 | DATE/DAY OF ORIGINAL REPORT 06/25/06 | TIME 2210 | PLACE OF OCCURRENCE AND TYPE OF PREMISE 1128 3rd Avenue Starbuck's Coffee Shop | CRIME / CONDITION Investigate Suspicious Package |
| APPARENT MOTIVE N/A | | | | |

**DETAILS:** (COMPLETE AND CONCISE INCLUDE DESCRIPTION AND VALUE OF ANY PROPERTY TAKEN)

On 06/25/06 at approx 2210 hours, a 911 call was placed for a suspicious package found at Starbuck's, located at 1128 3rd avenue. An employee inside of the location, observed a black bag sitting on the counter after the store was closed. When the employee opened the bag, he saw what appeared to be an explosive device. The employee than took the bag with the possible explosive device inside, and threw it out of the store on to the sidewalk. The employee than called 911. The Bomb Squad responded and conducted an investigation, which revealed the device to be fake. Employees were interviewed and video from inside the store was reviewed. Video will be available on 06/26/06 of the incident. Crime Scene responded and conducted an investigation, Run # 06-677 assigned. Squad Case # 1273.

## COMPLAINANT(S)
SEX CRIME VICTIMS ARE NOT TO BE NAMED

| LAST NAME Starbuck's | FIRST NAME | M.I. | LAST NAME Degrace | FIRST NAME Antone | M.I. |
|---|---|---|---|---|---|
| ADDRESS 1128 3rd Avenue | CITY / STATE NY | APT # | ADDRESS | CITY / STATE | APT # |
| SEX | RACE / ETHNICITY | AGE | D.O.B. | SEX Male | RACE / ETHNICITY Hispanic | AGE 23 | D.O.B. |
| TYPE OF INJURY | HOSPITAL | CONDITION / PROGNOSIS | TYPE OF INJURY | HOSPITAL | CONDITION / PROGNOSIS |
| NYSIS # | ACTIONS PRIOR TO INCIDENT | NYSIS # | ACTIONS PRIOR TO INCIDENT |

## PERPETRATOR(S)
NUMBER OF PERPS: 1    NUMBER OF PERPS ARRESTED: 0

| LAST NAME ARRESTED Unknown | FIRST NAME | M.I. | LAST NAME ARRESTED | FIRST NAME | M.I. |
|---|---|---|---|---|---|
| ADDRESS | CITY / STATE | APT # | ADDRESS | CITY / STATE | APT # |
| SEX M | RACE / ETHNICITY White | AGE 30 | HEIGHT 5'9" | WEIGHT 170 | D.O.B. |
| DESCRIPTION OF CLOTHING Multi Color tie-die Clothing | | | DESCRIPTION OF CLOTHING |
| NYSIS # | NICKNAME | ON PAROLE YES☐ NO☐ | WARRANT YES☐ NO☐ | NYSIS # | NICKNAME | ON PAROLE YES☐ NO☐ | WARRANT YES☐ NO☐ |
| BRIEF CRIMINAL HISTORY | | | BRIEF CRIMINAL HISTORY |
| INJURIES | WEAPONS | INJURIES | WEAPONS |
| VEHICLE USED YES☐ NO☐ | MAKE | MODEL | COLOR | PLATE | VEHICLE USED YES☐ NO☐ | MAKE | MODEL | COLOR | PLATE |
| ARRESTING OFFICER | | COMMAND | ARRESTING OFFICER | | COMMAND |

**INITIAL INVESTIGATIVE STEPS TAKEN:** (CANVASS, INTERVIEWS COMPUTER / ALARM CHECKS PHOTOS)
RESPONSE TO SCENE/INTERVIEW WITNESSES/VIDEO CANVASS/CONFER WITH BOMB SQUAD/CRIME SCENE

## NOTIFICATIONS

| | NAME | PRESENT Y OR N | | NAME | PRESENT Y OR N |
|---|---|---|---|---|---|
| CHIEF OF DETECTIVES | DET PATTERSON | Y☐ N☒ | MAJOR CASE | | Y☐ N☐ |
| DETECTIVE BOROUGH | DET SOUTHERTON | Y☐ N☒ | BIAS | | Y☐ N☐ |
| DET. DUTY CAPTAIN | CAPT CALLABRO | Y☐ N☒ | INTELL | DET SEIBOLD | Y☒ N☐ |
| SQUAD SUPERVISOR | | Y☐ N☐ | TRANSIT | | Y☐ N☐ |
| COVERING SUPERVISOR | SGT GARDELLA | Y☐ N☒ | HOUSING | | Y☐ N☐ |
| HOMICIDE SQUAD | | Y☐ N☐ | OTHER | | Y☐ N☐ |
| CRIME SCENE | DET ENTENMANN | | | BOMB SQUAD SGT HOURTHAN | |
| RUN # 06-677 | | | | | |
| A.D.A. | RYAN | | | DCPI SGT WYSOKOWSKI | |
| M.E. | | CASE # | | | |

| COMPLAINT # | PCT. 019 | CASE # 1273 | DET ASSIGNED (LAST NAME, FIRST) GOETZ, STEVEN F. | SHIELD # 2421 | COMMAND 019SQD |
|---|---|---|---|---|---|
| DATE OF THIS REPORT 6/26/2006 | SUPERVISOR SIGNATURE | | | | COMMAND 19 SQD |

ANY ADDITIONAL NAMES OR INFORMATION SHALL BE REPORTED ON AN ADDITIONAL SHEET