# EXHIBIT E

| UNUSUAL OCCURRENCE REPORT | DETECTIVE BUREAU | Page 1 of 1 |
|---|---|---|
| PD 370-151 (Rev. 9-96)-CS#2 | | Supplemental: Yes ☐ No ☒ |

| DET. SQD. | DATE/DAY OF ORIGINAL REPORT | TIME | PLACE OF OCCURRENCE AND TYPE OF PREMISE | CRIME/CONDITION |
|---|---|---|---|---|
| BOMB SQ | 06/25/06 Sunday | 2240 | F/O 1128 Third Ave Street | Hoax Device Investigation No Explosives Present |
| APPARENT MOTIVE | | | | |

**DETAILS:** (COMPLETE AND CONCISE: INCLUDE DESCRIPTION AND VALUE OF ANY PROPERTY TAKEN)

At T/P/O the services of the Bomb Squad were requested by Sgt. McGuinness of Emergency Services Unit Truck 1 in regards to a suspicious package at the above location. Members of the Bomb Squad were informed that a black cloth fanny pack contained unknown items which included 2 metal cylinders with wires attached. Utilizing Bomb Squad procedures the package was deemed to contain nothing of an explosive nature but was constructed in such a manner as to cause public alarm and is therefore deemed to be a "Hoax Device." Examination of the package revealed an 18 volt battery wired into two sealed capacitors with a wiring harness, approximately 18 inches in length, protruding from the package. The wiring harness led to a micro switch which was taped onto the end of the wires.

The package was originally located inside the above location, a Starbucks Coffee Shop, but was placed outside by employees when they opened the package and saw what they believed was a bomb.

A crime scene was established and the scene was processed by members of the Crime Scene Unit under Run#06/677

This case will be further investigated by the 19th Precinct Detective Squad under case #1273, Det. Goetz assigned.

CHIEF OF DETECTIVES UOL# 0626-11

### COMPLAINANT(S)
(SEX CRIME VICTIMS ARE NOT TO BE NAMED)

| LAST NAME | FIRST NAME | M.I. | LAST NAME | FIRST NAME | M.I. |
|---|---|---|---|---|---|
| PSNY | | | | | |

### PERPETRATOR(S)

### INITIAL INVESTIGATIVE STEPS TAKEN: (CANVASS, INTERVIEWS, COMPUTER CHECKS, ALARMS, PHOTOS, ETC.)
Response to scene and examination of package
Conferral with Emergency Service Unit
Conferral with 19th PDS, JTTF, Intelligence Division and Crime Scene Unit

### NOTIFICATIONS:

| NAME | PRESENT (Y OR N) | NAME | PRESENT (Y OR N) |
|---|---|---|---|
| CHIEF OF DETECTIVES: Det. Patterson | N | MAJOR CASE: | |
| DET. BOROUGH: Det. Goetz, 19th PDS | Y | BIAS: | |
| DET. DUTY CAPTAIN: | | INTELL.: Det Seibold/Det. Herbinson | Y |
| SQUAD SUPERVISOR: Lt Torre, C.O. Bomb Squad | N | TRANSIT: | |
| COVERING SUPERVISOR: Sgt Hourihan | Y | HOUSING: | |
| HOMICIDE SQUAD: | | SIO: Det. Thomas, JTTF | N |
| CRIME SCENE: Det Entenmann RUN# 06/677 | Y | AES: | N |
| ADA: | | DCPI: | |
| N.E. | | OTHER: Chief Pulaski | N |

| COMPLAINT # | PCT. | CASE # | DET. ASSIGNED: LAST NAME, FIRST | SHIELD | COMMAND |
|---|---|---|---|---|---|
| 6035 | 19 | BS#800 | Trancho, Joseph J | 11428 | BOMB SQ |
| DATE OF THIS REPORT 06/26/06 | | SUPERVISOR SIGNATURE Sgt Joseph Hourihan | | | COMMAND Bomb S |

ANY ADDITIONAL NAMES OR INFORMATION SHALL BE REPORTED ON AN ADDITIONAL SHEET