# EXHIBIT F

Page 1 of 2

| COMPLAINT FOLLOW-UP INFORMATIONAL PD313-081B(REV. 2-86)-31 | Crime CT Lead | Complaint Number | Report Id NY01-0000041592 | Date of Investigation | Date of Report 06/26/2006 |
|---|---|---|---|---|---|
| DATE_ORG_REPORT 06/26/2006 | Date_ASSIGNED | Case_No | Unit_Reporting Other | FollowUp_No | Borough/NYSP Troop, Precinct/Jurisdiction Manhattan North, 019 |

DO NOT USE THIS FORM TO REPORT : CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

**Unit Reporting:** Other
**Det/PO Reporting:** Detective Herbison, Michael (S)
**Source:** 911
**Date Information Obtained:**
**Date Of Report:** 06/26/2006
**Borough/NYSP Troop, Precinct/Jurisdiction:** Manhattan North, 019
**Location(s):** 1128 3Rd Avenue (Inside Of Starbucks Coffee)
**Subject:** Suspicious Device (Possible Bomb) Found I/S/O Starbucks Coffee 1128 3Rd Avenue
**Reference Numbers:** [Case Number : ] [Report Id : NY01-0000041592] [Follow-Up Number : ]

INVESTIGATION:CT LEAD#20060626000165
LOCATION:1128 3RD AVENUE (I/S/O STARBUCKS COFFEE)

1) AT APPROXIMATELY 2355 HOURS ON 06/25/06 THE UNDERSIGNED ALONG WITH DETECTIVE SEIBOLD WERE INSTRUCTED TO RESPOND TO THE ABOVE DESCRIBED LOCATION IN THE CONFINES OF THE 019 PRECINCT BY SGT PIZZUTO IDOU LATE TOUR SUPERVISOR.

2) AT 0015 HOURS THE UNDERSIGNED ARRIVED AT THE ABOVE LOCATION AND OBSERVED THE LOCATION TO BE A FOUR (04) STORY ATTACHED RED BRICK FACED BUILDING (COMMERCIAL/RESIDENTIAL). THE SUBJECT LOCATION (STARBUCKS COFFEE) IS LOCATED ON THE STREET LEVEL,THERE IS A DAHN YOGA AND TAI CHI FACILITY LOCATED ABOVE THE STARBUCKS ON THE SECOND FLOOR. AND THE THIRD AND FOURTH FLOORS APPEAR TO BE RESIDENTIAL DWELLINGS. THE BUILDING IS LOCATED ON THE S/W C/O 3RD AVENUE AND 66 STREET.

3) THE UNDERSIGNED SPOKE WITH SGT HOURIHAN SH#149 AND P.O TRANCHO SH#11428 OF THE BOMB SQUAD. THEY INFORMED THE UNDERSIGNED THAT AFTER THERE INITIAL EXAMINATION OF THE DEVICE IT WAS DEEMED BY BOMB SQUAD PERSONNEL TO CONTAIN NOTHING OF AN EXPLOSIVE NATURE BUT WAS CONSTRUCTED IN SUCH A MANNER AS TO CAUSE PUBLIC ALARM. AND IT WAS DEEMED TO BE A HOAX DEVICE. SAID DEVICE WAS CONTAINED WITHIN A BLACK FANNY PACK THAT ATTACHES AROUND A PERSONS WAIST. THE DEVICE ITSELF CONSISTED OF TWO (02) METAL CYLINDERS WITH WIRES ATTACHED. THE DEVICE WAS CONNECTED TO AN EIGHTEEN (18) VOLT BATTERY WIRED INTO TWO (02) SEALED CAPACITORS WITH A WIRING HARNESS APPROXIMATELY EIGHTEEN (18) INCHES IN LENGTH, PROTRUDING FROM THE DEVICE. THE WIRING HARNESS LED TO A MICRO SWITCH WHICH WAS TAPED ONTO THE END OF THE WIRES.

4) THE UNDERSIGNED SPOKE WITH JAZMIN ARCHILLA F/H WHO RESIDES AT ▮▮▮▮▮▮▮▮▮HOME PHONE# ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮. SHE HAS BEEN EMPLOYED BY STARBUCKS FOR APPROXIMATELY THE LAST TWO (02) YEARS AND WORKS AS A SHIFT SUPERVISOR HER TOUR FOR TODAY WAS 1500X2300. SHE INFORMS THE UNDERSIGNED THAT SHE OBSERVED THE SUBJECT ENTER THE STORE WEARING THE BLACK FANNY PACK AROUND HIS WAIST SHE FURTHER STATES THAT THE SUBJECT COMES IN APPROXIMATELY TWO TO THREE TIMES A WEEK ORDERS HIS BEVERAGE STAYS AWHILE AND LEAVES. SHE GOES ON TO DESCRIBE THE SUBJECT AS A M/W OR LIGHT SKINNED HISPANIC 35 TO 45 YEARS OF AGE 5'09 TO 5'10, 150 TO 170 LBS MEDIUM BUILD, LONG FRIZZY BLACK HAIR IN A PONYTAIL, CLEAN SHAVEN, AND SHE CANNOT REMEMBER IF HE SPOKE WITH AN ACCENT. HE WAS WEARING A BRIGHT



COLORED TYE DYED SHIRT WITH KHAKI CARGO PANTS. SHE WENT ON TO SAY THAT THE SUBJECT ENTERED THE STORE AT APPROXIMATELY 1800 HOURS (06/25/06) ORDERED A COFFEE AND SAT BY THE FRONT WINDOW. SHE FURTHER INFORMS THE UNDERSIGNED THAT SAID STORE IS EQUIPPED WITH FOUR (04) SECURITY CAMERAS. THE SUBJECT WAS CAUGHT ON THESE CAMERAS AND A TAPE WILL BE SUPPLIED TO THE 019 PCT DETECTIVE SQUAD FOR FURTHER INVESTIGATION. MISS ARCHILLA INFORMS THE UNDERSIGNED THAT AT 0900 HRS TODAY THE HEAD OF SECURITY FOR STARBUCKS MR MARK STELLA PH#(212) 613-1280 EXT 2238 WILL ARRIVE AND WILL MAKE COPIES OF SAID TAPE.

5) THE UNDERSIGNED SPOKE WITH MR ANTONE DEGRACE M/H ███████████
███████████. MR DEGRACE PLACED THE INITIAL 911 CALL HE INFORMS THE UNDERSIGNED THAT HE HAS BEEN EMPLOYED BY STARBUCKS FOR APPROXIMATELY ONE (01) YEAR AS A BARISTA (COUNTER PERSON/COFFEE MAKER) HE WAS WORKING A 1600X2300 TOUR. HE STATED THAT HE WAS INFORMED OF THE DEVICE BY HIS SHIFT MANAGER (ARCHILLA) UPON OPENING THE FANNY PACK HE OBSERVED WHAT APPEARED TO BE A BOMB AND REMOVED IT FROM THE STORE AND PLACED IT OUTSIDE.

6) WHEN THE UNDERSIGNED ASKED THE EMPLOYEES IF THEY HAD EVER HAD ANY PROBLEMS OR THREATS TO THERE STORE THEY STATED THAT THEY HAD NOT.

7) THE UNDERSIGNED SPOKE WITH DETECTIVES ENTENMANN SH#270 AND NEWMAN SH#1339 OF CRIME SCENE UNIT WHO INFORMED THE UNDERSIGNED THAT THEY WOULD BE CONDUCTING THE FOLLOWING TESTS ON SAID DEVICE. A CHEMICAL ENHANCEMENT TEST FOR PRINTS, A HAIR AND FIBER TRACE ANALYSIS AND DNA TEST. THEY WOULD BOX UP THE DEVICE AND P.O TRANCHO (BOMB SQUAD)WOULD VOUCHER THE DEVICE AND DROP IT OFF IN THE MORNING TO THE LAB

8) THE UNDERSIGNED CONDUCTED A CANVASS OF THE IMMEDIATE AREA FOR ANY POSSIBLE HIGH PROFILE TARGETS. THE 019 PCT IS LOCATED ON 67 STREET CROSS STREETS 3RD AVENUE TO LEXINGTON AVENUE, HUNTER COLLEGE 68 STREET AND LEXINGTON AVENUE, AN ARMORY IS LOCATED ON LEXINGTON AVENUE BETWEEN 66 TO 67 STREETS, AND THE RUSSIAN EMBASSY IS LOCATED DIRECTLY ACROSS FROM THE 019 PCT ON 67 STREET 3RD AVENUE TO LEXINGTON AVENUE.

9) THE UNDERSIGNED SPOKE WITH DETECTIVE GOETZ OF THE 019 PRECINCT DETECTIVE SQUAD WHO WILL BE ASSIGNED THIS CASE. THIS CASE IS BEING CARRIED UNDER 61#6035,BOMB SQUAD CASE#800,CSU RUN#06/677

10) SUBMITTED FOR YOUR CONSIDERATION.

| OFFICER'S RANK, NAME, COM'D, SIGN. | NAME AND RANK PRINTED | ID TYPE / ID NUMBER | SUPERVISOR | CO |
|---|---|---|---|---|
| Detective, [Herbison, Michael (S)], INTELLIGENCE DIVISION | Detective, Herbison, Michael (S) | Tax Number / ████ | Oetting, Richard | VITALE, ALFRED J |