# EXHIBIT G

**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| INV. HOAX DEVICE | 019 | N/A | 19-6035 | 06/25/06 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No |
|---|---|---|---|---|
| 06/25/06 | 06/25/06 | B.S. # 800 | BOMB SQUAD | 01 |

Complainant's Name - Last, First, M.I.: **P.S.N.Y.**

PAGE 1 OF 1

DETAILS:

SUBJECT: INV. HOAX DEVICE

LOCATION: F/O 1128 3rd ave

DETAILS:

1. On Sunday 06/25/06 at approximately 2245 hours the BOMB SQUAD was requested to the above location for a suspicious package. SGT HOURIHAN, DET DEAN & the undersigned responded to the scene.

2. Upon arrival the undersigned was informed by SGT MCGUINNESS of E.S.U. TRUCK 1 that an unknown person left a black cloth fanny pack which seemed to contain 2 metal cylinders with wires protruding.

3. The undersigned donned the MED-ENG BOMB SUIT & conducted a visual & radiographic examination of said package. After examination of the package & evaluation of the X-RAYS taken it was determined that that the pack did not contain anything of an explosive nature but was constructed in such a way as to cause public alarm and is therefore deemed to be a HOAX DEVICE. Evidence was documented and packaged by DET - ENTENMANN SHIELD # 270 of the CRIME SCENE UNIT under run # 06/0677.

4. In view of the afforementioned facts the undersigned requests that this case remain open and assigned to the 019 squad pending the outcome of lab analysis, Voucher #N220595.

CASE: ☒ ACTIVE ☐ CLOSED
DATE REVIEWED/CLOSED: 6/26/06
IF ACTIVE, DATE OF NEXT REVIEW: 07/03/06
REPORTING OFFICER RANK: P.O.
NAME PRINTED: JOSEPH TRANCHO
COMMAND: BOMB SQD