# EXHIBIT I

**COMPLAINT – FOLLOW UP INFORMATIONAL**
PD 313.081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report | PAGE 1 OF 1 |
|---|---|---|---|---|---|
| Investigate Suspicious Device | 019 | | 6035 | 6/25/2006 | |

| Date of Orig. Report | Date Assigned | Case No. | Unit reporting | Follow-Up No. |
|---|---|---|---|---|
| 6/25/2006 | 6/25/2006 | 1273 | 019PDS | |

Complainant's Name – Last, First, M.I.: **Starbuck's**

Total No. of Perpetrators: 06

Perp No. 1 — Race: WH

Witness Interviewed: ☒ Yes — In Person ☒ — Date: 6/25/2006 — Time: 2400 — Results: Same as Comp Report ☒

Canvass Conducted: ☒ Yes

**DETAILS:**
INVESTIGATION; INVESTIGATE SUSPICIOUS DEVICE
SUBJECT; RESPOND TO 1128 3RD AVENUE
CASE; ACTIVE

1. On this date I responded to Starbuck's located at the above location where I obtained a Video CD of the incident.

CASE; ACTIVE

[handwritten notes, illegible]

CASE: ☒ ACTIVE

REPORTING OFFICER: Goetz — RANK: DET — NAME PRINTED: Goetz — COMMAND: 019PDS

LONG PINK

1st COPY CRIMINAL RECORDS SECTION — 2nd COPY UNIT REFERRED TO — 3rd COPY BOROUGH ROBBERY SQUAD