# EXHIBIT J

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, INITIAL ARREST ON THE COMPLAINT, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY/SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED. THE APPROPRIATE COMPLAINT FOLLOW-UP FORM MUST BE USED TO REPORT THE PRECEDING

# COMPLAINT – FOLLOW UP INFORMATIONAL
PD 313 081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report | PAGE | OF | PAGE |
|---|---|---|---|---|---|---|---|
| Investigate Suspicious Device | 019 | | 8835 | 6/25/2006 | | | 1 |

| Date of Orig. Report | Date Assigned | Case No. | Unit reporting | Follow-Up No. |
|---|---|---|---|---|
| 6/25/2006 | 6/25/2006 | 1273 | 019PDS | |

**Complainant's Name – Last, First, M.I.:** Starbuck's

**Witness No. 1**
- Last Name, First, M.I.:
- Address: 1128 3rd Avenue NY NY 10021
- Business Telephone: 212-472-6566

**Total No. of Perpetrators:** 1   **Wanted:** 01   **Arrested:** 00

**Perp No. 1**
- Sex: M
- Race: WH
- Age: 30
- Height: 5'9"
- Weight: 170
- Hair Color: BLK
- Hair Length: Long
- Facial Hair: None
- Clothing Description: Tie Dye Shirt Kackie Pants

AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS"

- Witness Interviewed: ☒ Yes — In Person ☒ — Date: 6/25/2006 — Time: 2400 — Results: Same as Comp Report ☒
- Canvass Conducted: ☒ Yes

**DETAILS:**

**INVESTIGATION;INVESTIGATE SUSPICIOUS DEVICE**
**SUBJECT;RESPONSE TO SCENE/CONFER WITH BOMB SQUAD/INTELLIGENCE DIVISION/CANVASS**
**CASE;ACTIVE**

1. On this date I was notified by 19th Pct patrol of a suspicious package located at 1128 3rd ave in the confines of the 19th Pct. I responded to the location at approx 2300 hours which was a Starbuck's Coffee Shop. A crime scene was established and the Bomb Squad did respond to the location. After conducting an investigation of the device, it was deemed to be a Hoax Device by the Bomb Squad. I spoke to Sgt Housthen of the Bomb Squad who informed me that the device contained no explosive material, but was constructed in a manner that would cause public alarm.

2. I spoke to Detective Seibold of the Intelligence Division who stated that they would assist in the investigation and that Crime Scene would respond to the location.

3. Crime Scene responded to the location and I conferred with Detective Entenmann who was assigned this case under Run # 06-677. The Hoax device was photographed and packaged by Detective Entenmann and turned over to P.O. Trancho of the Bomb Squad who then transported the device to be vouchered and then sent to the Lab for analysis.

4. I conducted a canvass on the area around the area of the Starbuck's Coffee Shop for Video/CCTV with negative results.

**CASE:ACTIVE**

**CASE:** ☒ ACTIVE ☐ CLOSED

| REPORTING OFFICER | RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|
| Goetz | DET | Steven Goetz | Goetz | | 019PDS |

LONG PINK

1st COPY CRIMINAL RECORDS SECTION    2nd COPY UNIT REFERRED TO    3rd COPY BOROUGH ROBBERY SQUAD