# EXHIBIT K

INSTRUCT: USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, INITIAL ARREST ON THE COMPLAINT, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OF PROPERTY PREVIOUSLY REPORTED OR RECOVERED, OR A FOLLOW UP ON A COMPLAINT FOR WHICH NO FORM 61 IS REQUIRED TO REPORT THE PRECEDING.

## COMPLAINT – FOLLOW UP INFORMATIONAL
PD 313 081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Investigate Suspicious Device | 019 | | 6835 | 6/27/2006 |

| Date of Orig. Report | Date Assigned | Case No. | Unit reporting | Follow-Up No. |
|---|---|---|---|---|
| 6/25/2006 | 6/25/2006 | 1273 | 019PDS | |

Complainant's Name – Last, First, M.I.: **Starbuck's**

Victim's Name – If Different:

**DETAILS:**

**INVESTIGATION;INVESTIGATE SUSPICIOUS DEVICE**
**SUBJECT; RESPONSE TO TARU**
**CASE;ACTIVE**

1. On this date Detective Larick responded to TARU with a Video from 1128 3rd avenue and obtained still photos from the video.

**CASE:ACTIVE**

| CASE | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ☒ ACTIVE ☐ CLOSED | | |

| REPORTING OFFICER | RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|
| Goetz | DET | *[signature]* | Goetz | | 019PDS |

| REVIEWING / CLOSING SUPERVISOR | CASE CLOSED: C ___ OR B ___ | SIGNATURE | C.O.'s INITIALS |
|---|---|---|---|

**LONG PINK**

1st COPY CRIMINAL RECORDS SECTION     2nd COPY UNIT REFERRED TO     3rd COPY BOROUGH ROBBERY SQUAD