# EXHIBIT L

| UNUSUAL OCCURRENCE REPORT | | | | DETECTIVE BUREAU | PAGE 1 OF 2 SUPPLEMENTAL: YES ☒ NO ☐ |
|---|---|---|---|---|---|
| DET. SQD 019 | DATE/DAY OF ORIGINAL REPORT 6/25/06 Sunday | TIME 2210 | PLACE OF OCCURRENCE AND TYPE OF PREMISE Starbuck Coffee Shop 1128 3rd Avenue E. 65 - E 66th Streets | | CRIME / CONDITION Investigate Explosive Device |
| APPARENT MOTIVE Unknown | | | | | |

**DETAILS:** (COMPLETE AND CONCISE INCLUDE DESCRIPTION AND VALUE OF ANY PROPERTY TAKEN)

At approx. 1615 hours Det Alfonso & Sgt Panuccio of the 19th Squad set up a surveillance at the above location. At approx. 1828 hours the suspect was spotted traveling N/B on 3rd Avenue & after a brief chase was apprehended on the S/W C/O E 66th Street & 1st Avenue. The suspect was in possion of a large portfolio bag & a belly band bag which had a plastic tube with a switch hanging from the inside of the bag. The suspect was taken into custody & removed to the 19th Squad. ESU & the NYPD Bomb Squad responded & determined that the device is an air compressor used to blow up balloons. The suspect is an entertainer (Clown) who works in Central Park & had lost a simular device on June 25, 2006. Further investigation reveals that the suspect did in fact loose the device which was found at the location (Starbuck Coffee Shop). The device was also confirmed to an item which could be purchased on-line for $700.00. The investigation has revealed that the suspect did not in fact desire to cause annoyance.

## COMPLAINANT(S)
SEX CRIME VICTIMS ARE NOT TO BE NAMED

| LAST NAME | FIRST NAME | M.I. | LAST NAME | FIRST NAME | M.I. |
|---|---|---|---|---|---|
| Starbucks | | | Degrace | Antone | |
| ADDRESS 1128 3rd Avenue | CITY/STATE NYC, NY 10021 | APT # | ADDRESS 106 Division Street | CITY/STATE Brooklyn, NY | APT # 20 |
| SEX | RACE/ETHNICITY | AGE | D.O.B. | | |
| | | | | SEX Male | RACE/ETHNICITY Hispanic | AGE 23 | D.O.B. 4/8/83 |
| TYPE OF INJURY | HOSPITAL | CONDITION/PROGNOSIS | TYPE OF INJURY None | HOSPITAL N/A | CONDITION/PROGNOSIS N/A |
| NYSIS # | ACTIONS PRIOR TO INCIDENT | | NYSIS # N/A | ACTIONS PRIOR TO INCIDENT Working at Location | |

## PERPETRATOR(S)
NUMBER OF PERPS: 1   NUMBER OF PERPS ARRESTED:

| LAST NAME ARRESTED Alhouski | FIRST NAME Alexander | M.I. | LAST NAME ARRESTED | FIRST NAME | M.I. |
|---|---|---|---|---|---|
| ADDRESS 402 East 65th Street | CITY/STATE NYC, NY 1002 | APT # 4E | ADDRESS | CITY/STATE | APT # |
| SEX M | RACE/ETHNICITY White | AGE 36 | HEIGHT 6'0" | WEIGHT 180 | D.O.B. 7/9/69 |
| DESCRIPTION OF CLOTHING Multi-Color T-Shirt & Pants | | | DESCRIPTION OF CLOTHING | | |
| NYSIS # 8397581L | NICKNAME None | ON PAROLE YES ☐ NO ☒ | WARRANT YES ☐ NO ☒ | | |
| BRIEF CRIMINAL HISTORY 1- Arrest for Theft of Service | | | BRIEF CRIMINAL HISTORY | | |
| INJURIES None | WEAPONS None | | INJURIES | WEAPONS | |
| VEHICLE USED YES ☐ NO ☐ | MAKE | MODEL | COLOR | PLATE | |
| ARRESTING OFFICER Alfonso, Jose M | | COMMAND 19thSqd | ARRESTING OFFICER | | COMMAND |

**INITIAL INVESTIGATIVE STEPS TAKEN:** (CANVASS, INTERVIEWS COMPUTER / ALARM CHECKS PHOTOS)
Respond to Scene, Interview Witnesses, Request ESU-Bomb Squad, Interview of Suspect

### NOTIFICATIONS

| NAME | | PRESENT Y OR N | | NAME | PRESENT Y OR N |
|---|---|---|---|---|---|
| CHIEF OF DETECTIVES | Det Patterson | Y☐ N☒ | MAJOR CASE | | Y☐ N☐ |
| DETECTIVE BOROUGH | Det Southerton | Y☐ N☒ | SIAB | | Y☐ N☐ |
| DET. DUTY CAPTAIN | Capt. Levine | Y☒ N☐ | INTELL | Det Hilbig | Y☒ N☐ |
| SQUAD SUPERVISOR | Sgt. Panuccio | Y☒ N☐ | TRANSIT | | Y☐ N☐ |
| COVERING SUPERVISOR | | Y☐ N☐ | HOUSING | | Y☐ N☐ |
| HOMICIDE SQUAD | | Y☐ N☐ | OTHER | Bomb Squad Det Senft | Y☐ N☐ |
| CRIME SCENE | Det. Cantone 06/688 | | RUNS | | |
| ADA | | | | | |
| ME | | | CASE # | | |

| COMPLAINT # 6035 | PCT 019 | CASE # 1273 | DET ASSIGNED (LAST NAME, FIRST) Det Goetz | SHIELD # 2421 | COMMAND 19th Sqd |
|---|---|---|---|---|---|
| DATE OF THIS REPORT 6/28/2006 | SUPERVISOR SIGNATURE | | | | COMMAND 19th Sqd |

ANY ADDITIONAL NAMES OR INFORMATION SHALL BE REPORTED ON AN ADDITIONAL SHEET

**UNUSUAL OCCURRENCE REPORT** — **DETECTIVE BUREAU** — PAGE 2 OF 2

SUPPLEMENTAL: YES☒ NO☐

| DET. SQD | DATE/DAY OF ORIGINAL REPORT | TIME | PLACE OF OCCURRENCE AND TYPE OF PREMISE | CRIME/CONDITION |
|---|---|---|---|---|
| 019 | 6/25/06 Sunday | 2210 | Starbuck Coffee Shop, 1128 3rd Avenue, E. 65 – E. 66th Streets | Investigate Explosive Device |

APPARENT MOTIVE: Unknown

DETAILS: (COMPLETE AND CONCISE INCLUDE DESCRIPTION AND VALUE OF ANY PROPERTY TAKEN)
(PAGE 2 OF 2)

A consentual search of the suspect residence revealed that the suspect had no explosive device & that he in fact is an entertainer (Clown).

The suspect was arrested & voided & released from the 19th Squad.

The device along with the bicycle, portfolio bag & belly band was returned to the suspect while at his residence with the Bomb Squad.

VOIDED ARREST #M06650495

**COMPLAINANT(S)** — SEX CRIME VICTIMS ARE NOT TO BE NAMED

| LAST NAME | FIRST NAME | M.I. | LAST NAME | FIRST NAME | M.I. |
|---|---|---|---|---|---|
| Starbucks | | | Degrace | Antone | |

| ADDRESS | CITY/STATE | APT# | ADDRESS | CITY/STATE | APT# |
|---|---|---|---|---|---|
| 1128 3rd Avenue | NYC, NY 10021 | | ███ | ███ | ███ |

| SEX | RACE/ETHNICITY | AGE | D.O.B. | SEX | RACE/ETHNICITY | AGE | D.O.B. |
|---|---|---|---|---|---|---|---|
| | | | | Male | Hispanic | 23 | ███ |

| TYPE OF INJURY | HOSPITAL | CONDITION/PROGNOSIS | TYPE OF INJURY | HOSPITAL | CONDITION/PROGNOSIS |
|---|---|---|---|---|---|
| | | | None | N/A | N/A |

| NYSID # | ACTIONS PRIOR TO INCIDENT | NYSID # | ACTIONS PRIOR TO INCIDENT |
|---|---|---|---|
| | | N/A | Working at Location |

**PERPETRATOR(S)**

NUMBER OF PERPS: 1     NUMBER OF PERPS ARRESTED:

(Perpetrator fields blank)

ON PAROLE YES☐ NO☒   WARRANT YES☐ NO☒

INITIAL INVESTIGATIVE STEPS TAKEN: (CANVASS, INTERVIEWS COMPUTER/ALARM CHECKS PHOTOS)

**NOTIFICATIONS**

| NAME | PRESENT Y OR N | NAME | PRESENT Y OR N |
|---|---|---|---|
| CHIEF OF DETECTIVES — Det. Patterson | Y☐ N☒ | MAJOR CASE | Y☐ N☐ |
| DETECTIVE BOROUGH — Det. Southerton | Y☐ N☒ | BIAS | Y☐ N☐ |
| DET. DUTY CAPTAIN — Capt. Levine | Y☒ N☐ | INTELL — Det Hilbig | Y☒ N☐ |
| SQUAD SUPERVISOR — Sgt. Panuccio | Y☒ N☐ | TRANSIT | Y☐ N☐ |
| COVERING SUPERVISOR | Y☐ N☐ | HOUSING | Y☐ N☐ |
| HOMICIDE SQUAD | Y☐ N☐ | OTHER — Bomb Squad Det Senft | Y☒ N☐ |
| CRIME SCENE — Det. Cantone 06/888 | | RMP | |

A.D.A.

M.E.

| COMPLAINT # | PCT | CASE # | CASE # | DET ASSIGNED (LAST NAME, FIRST) | SHIELD # | COMMAND |
|---|---|---|---|---|---|---|
| 6035 | 019 | 1273 | | Det Goetz | 2421 | 19th Sqd |

DATE OF THIS REPORT: 6/28/2006   SUPERVISOR SIGNATURE: /s/ Panuccio   COMMAND: 19th Sqd

ANY ADDITIONAL NAMES OR INFORMATION SHALL BE REPORTED ON AN ADDITIONAL SHEET