# EXHIBIT M

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, INITIAL ARREST ON THE COMPLAINT, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, PREVIOUSLY REPORTED CRIME, REPORT FOLLOW-UP AT A LATER REPORT TIME PRECEDING

**COMPLAINT – FOLLOW UP INFORMATIONAL**
PD 313 081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Placing False Bomb | 019 | | 6835 | 6/28/2006 |

| Date of Orig. Report | Date Assigned | Case No. | Unit reporting | Follow-Up No. |
|---|---|---|---|---|
| 6/25/2006 | 6/25/2006 | 1273 | 19th Squad | |

Complainant's Name – Last, First, M.I.: **P.S.N.Y**

DETAILS:
Subject: Placing False Bomb Investigation
Contents: Surveillance/Apprehension of Suspect
Status: Active

1. On this date @ approx. 1615 hours the U/s was at the location of occurrence (1128 3rd Avenue), Starbucks. The U/s was inside the location until approx. 1826 hours. The U/s spotted the suspect traveling on a bicycle N/B on 3rd Avenue between E 63rd & E 66th Streets. The suspect was on the E/S of 3rd Avenue & looked over to the Starbuck rCoffee Shop. I immediately notified Sgt Panaccio who was parked on the S/W C/O E.66th Street & 3rd Avenue. We immediately put an emergency transmission over the Division 4 radio & pursued the suspect who turned onto E 66th Street E/B. We were stuck in traffic on E 65th Street & 2nd Avenue. The U/s ran E/B on E 65th Street toward 1st Avenue. On the S/E C/O 1st Avenue & E 6th Street the U/s observed PO Paul, PO Mornzzei & PO Geven with the suspect in custody. The U/s noticed a large black portfolio bag on the ground. A multi-color laundry hamper, a silver bike on the ground & the suspect was wearing a belly bag which had a plastic tube with a switch on the end around his waist. The U/s removed the belly band from the suspects waist & placed the band on the ground next to a Gray Pathfinder jeep, Plate # BKT4010-NY. The U/s requested ESU to respond & secured the area. The vehicle was parked on the S/E C/O E 66th Street & 1st Avenue at the side entrance to the Chirping Chicken Restaurant, located at 12-19 1st Avenue. The suspect was removed from the scene & removed to the 19th Squad for questioning & processing.

2. Investigation Continues.

CASE: ☒ ACTIVE ☐ CLOSED

REPORTING OFFICER — RANK: Det
NAME PRINTED: Alfonso, Jose M
COMMAND: 19th Squad

LONG PINK