# EXHIBIT N

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| ALEXANDER ALHOVSKY,<br><br>　　　　　　　　　　　　　　Plaintiff, <br><br>-against-<br><br>THOMAS RYAN, NEW YORK CITY POLICE DEPARTMENT DETECTIVES "1-5", NEW YORK CITY POLICE DEPARTMENT OFFICERS "1-10", JACK T. LINN, STEVE SIMON, RAY BROWN, BARBARA BROWN, and the NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION, and the CITY OF NEW YORK,<br><br>　　　　　　　　　　　　　　Defendants. | **AFFIDAVIT OF DETECTIVE THOMAS RYAN**<br><br>07 CV 7628 (CM) |

------------------------------------------------------------------ x

**THOMAS RYAN**, being duly sworn, hereby declares, under penalty of perjury pursuant to 28 U.S.C. §1746, that the following is true and correct.

1. I am currently employed as a Detective with the New York City Police Department and I am assigned to the 19th Precinct Detective Squad.

2. I have been assigned to the 19th Precinct Detective Squad since August 1992.

3. As a Detective in the 19th Precinct Detective Squad, my duties are to investigate complaints made by members of the public and to investigate active, open cases.

4. I have reviewed the exhibits labeled as Exhibits D, E, F, G, I, J, K, L, M, O, P, Q and R that are annexed to the April 29, 2008, Declaration of Suzette Corinne Rivera and know that they are all police documents of which I am personally aware; that it is the regular practice of the New York City Police Department to make these types of reports or compile this information at or near the time of the incident by a person with knowledge or based on

information transmitted by a person with knowledge; and that these documents are kept in the regular course of New York City Police Department business activity.

5. Exhibits D, E, F, G, I, J, K, L, M, O, P, Q and R are documents that I personally reviewed.

6. On June 25, 2006, the New York City Police Department received a 911 call from an employee of a Starbucks located at 1128 Third Avenue in Manhattan, New York.

7. The Starbucks employee reported that what appeared to be a bomb was left inside of the store.

8. As a result, the 19th Precinct Detective Squad began an investigation of the complaint from Starbucks.

9. On June 28, 2006, I heard a radio transmission from other members of the New York City Police Department regarding the pursuit of plaintiff.

10. On that date, members of the New York City Police Department saw plaintiff riding a bicycle past the Starbucks located at 1128 Third Avenue in Manhattan, New York.

11. Prior to that date, members of the New York City Police Department interviewed the Starbucks employees and derived still photographs derived from video surveillance tapes maintained by Starbucks.

12. Based on the interviews and still photographs, members of the New York City Police Department knew what the person who left the device in Starbucks looked like, though they did not know his name or any other identifying information.

13. When the members of the New York city Police Department saw plaintiff riding his bicycle on June 28, 2006, they recognized him as the person who left the device in Starbucks on June 25, 2006.

14. On June 28, 2006, I responded to the vicinity of 1st Avenue and East 66th Street, in Manhattan, New York.

15. When I arrived at that location, I observed plaintiff, who was handcuffed and in the custody of police officers.

16. I transported plaintiff to the 19th Precinct for questioning related to the June 25, 2006, incident wherein a device that appeared to be an explosive device was left at Starbucks located at 1128 Third Avenue in Manhattan, New York.

17. When we arrived at the 19th Precinct, I placed plaintiff in an interview room and removed the handcuffs.

18. I questioned plaintiff regarding the device that was left at Starbucks on June 25, 2006, as well as the device that he was carrying on June 28, 2006.

19. After interviewing plaintiff, research was conducted on the internet, and it was determined that the device left in Starbucks on June 25, 2006, was a tool used to inflate balloons.

20. I was not present when plaintiff was apprehended and handcuffed on June 28, 2006, in the vicinity of 1st Avenue and East 66th Street.

21. I was not personally involved in the apprehension and handcuffing of plaintiff on June 28, 2006.

Dated: New York, New York
April 30, 2008

_____
DETECTIVE THOMAS RYAN

Subscribed to and sworn
Before me this 30th day of
April 2008

_____
NOTARY PUBLIC

ROBYN N. PULLIO
Notary Public, State of New York
No. 02PU6130947
Qualified in New York County
Commission Expires 07/25/2009

3