# EXHIBIT O

**COMPLAINT – FOLLOW UP INFORMATIONAL**
PD 313.081A (Rev. 4-86)-31

| Crime | Pct. | CCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| ROBBERY | 019 | | 6835 | 6/28/2006 |

| Date of Orig. Report | Date Assigned | Case No. | Unit reporting | Follow-Up No. |
|---|---|---|---|---|
| 6/25/2006 | 6/25/2006 | 1273 | 019 BRAM | |

Complainant's Name – Last, First, M.I.: **PSNY**
Victim's Name – If Different: **SAME**

PAGE 1 OF 1

**DETAILS:**

**INVESTIGATION: SUSPICIOUS DEVICE**
**SUBJECT: RESPONSE / BOMB SQUAD CONFERRAL**

1. ON THIS DATE, THE U/S WAS PRESENT ON THE S/W/C/O EAST 63 STREET AND 1ST AVENUE WHERE I MET WITH BOMB SQUAD DETECTIVES SHENFT AND ALVAREZ, WHO HAD RESPONDED UNDER RUN#-826. DT SHENFT WAS THE INVESTIGATING DETECTIVE AND XRAYED THE DEVICE BEFORE RENDERING IT SAFE TO EXAMINE. UPON EXAMINATION AND RESEARCH, DT SHENFT DETERMINED THIS DEVICE TO NOT BE SUSPICIOUS AND TO IN FACT BE A DEVICE USED TO INFLATE BALOONS. HE HAS RETAINED PHOTOS OF THIS DEVICE AND APPROVED RELEASE OF THIS DEVICE TO IT'S OWNER.

2. INVESTIGATION CONTINUES.

CASE: ☒ ACTIVE  ☐ CLOSED

REPORTING OFFICER RANK: **DT**
NAME PRINTED: **CORCORAN**
COMMAND: **019 BRAM**

LONG PINK