# EXHIBIT P

ARREST Report M06650495 Page 1 of 2




# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS: VOIDED**  **Arrest ID: M06650495 -**

**Arrest Location:** SOUTH EAST CORNER 1 AVENUE & EAST 66 STREET  **Pct: 019**

**Arrest Date:** 06-28-2006  Processing Type: VOIDED ARREST
**Time:** 16:30:00  DCJS Fax Number:
Sector: N  Special Event Code: -
   DAT Number: 0
Stop And Frisk: NO  Return Date: 0000-00-00
Serial #: 0000-000-00000

### COMPLAINTS:
Arrest #: M06650495

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2006-019-06035 | 2006-06-28 | Valid, No Arrests | 2006-06-28 | 22:10 |

### CHARGES:
Arrest #: M06650495

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 240.62 | F | D | 1 | PLACE FALSE BOMB-1ST |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

### DETAILS:
Arrest #: M06650495

DEFT A/C IN THAT HE PLACED A FALSE BOMB AT A STARBUCKS COFFEE SHOP. FURTHER INVESTIGATION SHOWED THAT OBJECT WAS NOT A FALSE BOMB AND NO CRIME WAS COMMITTED

### DEFENDANT: ALHOUSKY, ALEXANDER E
NYSID #:  Arrest #: M06650495

Nick/AKA/Maiden:
Sex: MALE  Height: 6FT 01IN  Order Of Protection:
Race: WHITE  Weight: 180  Issuing Court:
Age: 36  Eye Color: GREEN  Docket #:
Date Of Birth: 07/09/1969  Hair Color: BLACK  Expiration Date:
U.S. Citizen: YES  Hair Length: LONG  Relation to Victim: STRANGER
Place Of Birth: SOVIET UNION  Hair Style: STRAIGHT  Living together: NO
Need Interpreter: NO  Skin Tone: LIGHT  Can be Identified: YES
Language:  Complexion: CLEAR
Accent: NO  Soc.Security #: 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
   Occupation: OTHER  Gang Affiliation: NO
Physical Condition: APPARENTLY NORMAL  Lic/Permit Type:  Name:
Drug Used: NONE  Lic/Permit No:  Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 402 EAST 65 STREET | MANHATTAN | NEW YORK | 10021 | 4E | 019 |

Phone # and E-Mail Address: CELL: 917-747-4397

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty:
Development:  N.Y.C. Transit Employee: NO

Physical Force: NONE  Gun:  Used Transit System: NO
Weapon Used/Possed: NONE  Make:  Station Entered:
Non-Firearm Weapon:  Color:  Time Entered:
Other Weapon Description:  Caliber:  Metro Card Type:
   Type:  Metro Card Used/Poses:
   Discharged: NO  Card #:

| CRIME DATA | DETAILS |
|---|---|
| METHOD OF FLIGHT | BIKE |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | FOOTWEAR - UNK - MULTI COLORED OR STR |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |

| IMPERSONATION | UNKNOWN | |
|---|---|---|

### JUVENILE DATA:
Arrest #: M06650495

Juvenile Offender:   Relative Notified:   Personal Recog:
Number Of Priors: 0   Name:
School Attending:   Phone Called:
Mother's Maiden Name:   Time Notified:

### ASSOCIATED ARRESTS:
Arrest #: M06650495

ARREST ID COMPLAINT #

### DEFENDANTS CALLS:
Arrest #: M06650495

CALL # NUMBER DIALED NAME CALLED DATE   TIME
1    --              REFUSED    06/28/2006 16:30

### INVOICES:
Arrest #: M06650495

INVOICE# COMMAND PROPERTY TYPE VALUE

### ARRESTING OFFICER: DT2 JOSE M ALFONSO
Arrest #: M06650495

Tax Number:
Other ID (non-NYPD):
Shield: 1910
Department: NYPD
Command: MDA 019   Primary Assignment:

On Duty: YES
In Uniform: NO
Squad: NS
Chart: 04

Force Used: NO
Type:
Reason:
Officer Injured: NO

| Arresting Officer Name: DT2 ALFONSO, JOSE M | Tax #: | Command: MDA 019 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT PANUCCIO | Tax #: | Command: 245 | Agency: NYPD |
| Report Entered by: SGT FALLONA | Tax #: | Command: 019 | Agency: NYPD |

**END OF ARREST REPORT
M06650495**



Print this Report