# EXHIBIT Q







6/25/2006 6:05:01 PM
Safe/POS2223
E

