# EXHIBIT R







