# EXHIBIT S

ALHOVSKY                                    133

```
 1   was trying to return it, but she lives on York Avenue and
 2   she doesn't live there anymore, so I was like, you know, if
 3   you guys can find that person, you can take that wallet.
 4   You know.
 5        Q.   And that was all they took?
 6        A.   Yeah.
 7        Q.   And after they searched your apartment, were you
 8   able to go back into your apartment?
 9        A.   Um-hmm.
10        Q.   Yes?
11        A.   Yes.  Yes.  Yes.
12             I'm sorry.
13        Q.   And you didn't have to go back to the precinct?
14        A.   No.  No.
15             No?  Did I have the paperwork?  I don't -- I
16   think I already had the paperwork on me.  I'm not sure.
17             But I -- I don't think I went back to the
18   precinct.  I don't think I went back to the precinct.
19        Q.   Did you sustain any physical injuries on June
20   28th of 2006?
21        A.   Yes.  My shoulder was, um, bruised up, and it
22   was constricted in, in a movement, because I couldn't really
23   left -- leave it.  It was just painful here (indicating).
24   And --
25             MR. ERLANGER:  Showing the top of his
```

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

ALHOVSKY 134

1    right shoulder.
2         THE WITNESS:  Yeah.
3    A.   It was kind of like (indicating).  It would only
4    go up to here (indicating.)
5         As far as the, the kidney over here
6    (indicating), it, it was -- I still kind of felt it.  It
7    was, you know, wiping, kind of.  Like a sucking pain.  And
8    that was it.  As, as far as the physical.
9         And I was just bruised up from, from
10   (indicating) like the middle of the fore --
11        THE WITNESS:  What's this?  Forearm?
12        MR. ERLANGER:  No.  It's your triceps.
13        THE WITNESS:  Yeah.
14        MR. ERLANGER:  It's back of your upper
15        arm.
16        THE WITNESS:  Right.
17   A.   All this was bruised (indicating).
18        MR. ERLANGER:  That's showing from the
19        midpoint of his upper, underside of his
20        upper arm, down his, halfway down his side
21        (indicating).
22        THE WITNESS:  Yeah.
23   Q.   Did you seek medical treatment?
24   A.   No.
25        I was laying in bed for few days after.

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com