# EXHIBIT T

ALHOVSKY
135

1    Q.   And did you have any cuts, or scrapes, or
2  bruises on your face?
3    A.   No.
4         It felt, maybe, bruising, but I, I don't
5  think I -- I, I don't think anything visual.
6         THE WITNESS:  How does it look in the
7         newspaper?  Do I have a --
8         MR. ERLANGER:  Stop.
9    A.   I mean the person took pictures of me shortly
10 after.  It was the staff photographer for the New York Post.
11   Q.   And when was that?
12   A.   It was few days after.  Maybe two days after.
13   Q.   And do you have any of those pictures?
14   A.   He has it at his disposal.
15        MR. ERLANGER:  Alex.
16   A.   I think.
17        MR. ERLANGER:  The question was --
18   A.   No, I don't.
19        MR. ERLANGER:  -- do you have any
20        photographs.
21   A.   I don't have.
22        Other than the picture that was published in
23 the paper, I don't have anything.
24   Q.   Well, do you have a copy of the article from the
25 paper?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com
135