# EXHIBIT U

ALHOVSKY                                          134

1           right shoulder.
2                   THE WITNESS: Yeah.
3       A.    It was kind of like (indicating). It would only
4    go up to here (indicating.)
5                   As far as the, the kidney over here
6    (indicating), it, it was -- I still kind of felt it. It
7    was, you know, wiping, kind of. Like a sucking pain. And
8    that was it. As, as far as the physical.
9                   And I was just bruised up from, from
10   (indicating) like the middle of the fore --
11                  THE WITNESS: What's this? Forearm?
12                  MR. ERLANGER: No. It's your triceps.
13                  THE WITNESS: Yeah.
14                  MR. ERLANGER: It's back of your upper
15           arm.
16                  THE WITNESS: Right.
17      A.    All this was bruised (indicating).
18                  MR. ERLANGER: That's showing from the
19           midpoint of his upper, underside of his
20           upper arm, down his, halfway down his side
21           (indicating).
22                  THE WITNESS: Yeah.
23      Q.    Did you seek medical treatment?
24      A.    No.
25                  I was laying in bed for few days after.

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

134