

10'

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

# MEMO ENDORSED

BY FAX
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007
212-805-6326

June 10, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

6/12/08

Re: Alexander Alhovsky v. Thomas Ryan, et al., 07 CV 7628 (CM) (DFE)

Dear Judge McMahon:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendants City of New York and Thomas Ryan. I write in to request a two day enlargement of time to submit defendants' reply to Plaintiff's Memorandum of Law in Opposition to Defendants' FRCP 56 Motion. Defendants reply is currently due on June 16, 2008, and we seek permission to file our reply on June 18, 2008. The reason for this request is that I will be out of the office for two days for medical reasons. Plaintiff's counsel consents to this request.

    In view of the foregoing, it is respectfully requested that the Court grant the within request extending the defendants time to reply until June 18, 2008.

Thank you for your consideration of this request.

Respectfully submitted,

Suzette Corinne Rivera
Assistant Corporation Counsel
Special Federal Litigation Division

cc: <u>BY FAX</u>
Robert Erlanger, Esq.
212-560-9681