UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ALEXANDER ALHOVSKY,

                                        Plaintiff,

             -against-                              07 CV 7628 (CM)

THOMAS RYAN, NEW YORK CITY POLICE DEPARTMENT DETECTIVES "1-5", NEW YORK CITY POLICE DEPARTMENT OFFICERS "1-10", JACK T. LINN, STEVE SIMON, RAY BROWN, BARBARA BROWN, and the NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION, and the CITY OF NEW YORK,

                                        Defendants.

------------------------------------------------------------------x

Pursuant to Local Rule 56.1(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, defendants Thomas Ryan and the City of New York, hereby set forth their response to "Plaintiff's Additional Material Facts in Opposition."[1]

1. Plaintiff's paragraph "1" is not a material fact since plaintiff's absent mindedness has no bearing on why plaintiff was arrested.

2. Plaintiff's paragraph "2" is not a material fact or supported by the record.

3. Plaintiff's paragraph "3" is not a material fact since plaintiff's demeanor has no bearing on why plaintiff was arrested.

4. Plaintiff's paragraph "4" is not a material fact.

---

[1] Although not permitted by the Federal Rules, plaintiff has submitted his own "material facts" in his purported opposition to defendants' motion. Plaintiff, however, cites no legal authority for his inclusion of these superfluous factual allegations. Notwithstanding, defendants respond herein.

5. Plaintiff's paragraph "5" is not a material fact. In addition, plaintiff cites to Erlanger Exhibit 2 and Rivera Exhibits D & F, neither of which have the manager at Starbucks describing plaintiff as "a non-threatening person."

6. Plaintiff's paragraph "6" is not a material fact or supported by the record.

7. Plaintiff's paragraph "7" is not a material fact or supported by the record.

8. Plaintiff's paragraph "8" is not a material fact or supported by the record.

9. Plaintiff's paragraph "9" is not a material fact.

10. Paragraph "10" is not disputed.

11. Paragraph "11" is not disputed.

12. Plaintiff's paragraph "12" is not a material fact.

13. Plaintiff's paragraph "13" is not a material fact. Notwithstanding, any purported injuries alleged by plaintiff are nothing more than *de minimus* in nature.

14. Paragraph "14" is not disputed.

15. Plaintiff's paragraph "15" is not a material fact. Notwithstanding, any purported injuries alleged by plaintiff are nothing more than *de minimus* in nature.

16. Plaintiff's paragraph "16" is not a material fact.

17. Plaintiff's paragraph "17" is not a material fact.

18. Plaintiff's paragraph "18" is not a material fact.

19. Plaintiff's paragraph "19" is not a material fact.

20. Plaintiff's paragraph "20" is not a material fact.

21. Plaintiff's paragraph "21" is not a material fact.

22. Plaintiff's paragraph "22" is not a material fact.

23. Plaintiff's paragraph "23" is not a material fact.

24. Plaintiff's paragraph "24" is not a material fact.

25. Plaintiff's paragraph "25" is not a material fact.

26. Plaintiff's paragraph "26" is not a material fact.

27. Plaintiff's paragraph "27" is not a material fact or supported by the record.

28. Plaintiff's paragraph "28" is not a material fact.

29. Plaintiff's paragraph "29" is not a material fact.

30. Plaintiff's paragraph "30" is not a material fact.

31. Plaintiff's paragraph "31" is not a material fact.

32. Plaintiff's paragraph "32" is not a material fact.

33. Plaintiff's paragraph "33" is not a material fact.

Dated:   New York, New York
         June 18, 2008

        Respectfully Submitted
        MICHAEL A. CARDOZO
        Corporation Counsel of the
          City of New York
        Attorney for Defendants City of New York and
        Thomas Ryan
        100 Church Street
        New York, New York 10007
        (212) 788-9567

By: _____
     Suzette Corinne Rivera (SR 4272)
     Assistant Corporation Counsel