# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NUMBER: 07 CIV 7628(CM)

ALEXANDER ALHOVSKY,

                                              Plaintiff(s),

-against-

THOMAS RYAN, NEW YORK CITY POLICE DEPARTMENT DETECTIVES STEVEN GOETZ AND JOSE M. ALFONSO, NEW YORK CITY POLICE DEPARTMENT OFFICERS SGT. PANUCCIO, PAUL, MORNZANI AND GAVEN, JACK T. LINN, STEVE SIMON, RAY BROWN, BARBARA JOYNER, THE NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION, AND THE CITY OF NEW YORK,

                                              Defendant(s).

State of New York)
County of New York)     ss.:

        **Roberto Reyes**, being duly sworn deposes and says:

        I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

        On **June 24th, 2008 at 12:30pm**, I personally served a true copy of a **Summons in a Civil Action and a Second Amended Complaint and Jury Demand.**

        I, by personally delivering there at a true copy to **Rios, refusing to state his full name (Male, Tan skin, Black hair, 30-35 years old, 5'6"-5'9", 140-170 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

        Deponent enclosed a copy of same in a postpaid wrapper properly addressed to Defendant at establishment named and described below and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York on Thursday, June 26, 2008 by REGULAR FIRST CLASS MAIL, in an envelope marked PERSONAL & CONFIDENTIAL;

Sgt. Panuccio
c/o NYPD 19th Precinct
153 East 67th Street
New York, New York 10021

        I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Thursday, June 26, 2008

_____
LISETTE REYES
Commissioner of Deeds
City of New York - No. 4-6822
Certificate Filed in Queens County
Commission Expires _____ 20__

_____
Process Server Signature

1001570
License Number

lr