UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ALEXANDER ALHOVSKY,

                          Plaintiff

-against-

THOMAS RYAN, NEW YORK CITY POLICE
DEPARTMENT DETECTIVES STEVEN GOETZ AND
JOSE M. ALFONSO, NEW YORK CITY POLICE
DEPARTMENT OFFICERS SGT. PANUCCIO, PAUL
MORNZANI AND GAVEN, JACK T. LINN, STEVE
SIMON, RAY BROWN, BARBARA JOYNER, the NEW
YORK CITY DEPARTMENT OF PARKS AND
RECREATION, and the CITY OF NEW YORK,

                          Defendants.

------------------------------------------------------------------------

**NOTICE OF APPEARANCE**
07 CV 7628 (CM) (DFE)
**ANSWER TO THE SECOND AMENDED COMPLAINT**
07 CV 7628 (CM) (DFE)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York and Thomas Ryan and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:     New York, New York
           July 22, 2008

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of the
                                         City of New York
                                       *Attorney for Defendant*
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 676-1307

                                    By:          /s/
                                            Dara L. Weiss (DW 2502)

TO:    Robert K. Erlanger (by ECF)