# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE# 07 CIV 7628 (CM)

ALEXANDER ALHOVSKY

                         *Plaintiff(s),*

-against-

THOMAS RYAN et al.

                         *Defendant(s),*

State of New York)
County of New York)    ss.:

**Edmanuel Torres**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in Bronx County in the State of New York.

On **August 19th, 2008 at 3:10pm**, I personally served a true copy of a **Summons in a Civil Action, Second Amended Complaint and Jury Demand.**

I, by personally delivering there at a true copy to **Madelyn Santana, Docketing Clerk (Female, Light skin, Black hair, 35-40 years old, 5'6"-5'9", 110-140 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Detective Jose Alfonso**
**New York City Police Department**
**c/o New York City Law Department/ Office of Corporation Counsel**
**100 Church Street**
**New York, New York 10007**

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Thursday, August 21, 2008

_____
LISETTE REYES
Commissioner of Deeds
City of New York - No. 4-6822
Certificate Filed in Queens County
Commission Expires _____, 20 __

_____
Process Server Signature

1244582
License Number

dh