```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

IN THE MATTER OF AN APPLICATION : ORDER NO. 217
TO BRING AN ELECTRONIC DEVICE(S) :
INTO THE DANIEL PATRICK MOYNIHAN :
UNITED STATES COURTHOUSE :
FOR USE IN A TRIAL OR PROCEEDING :
 :                                   07 civ 7628 (CM)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Colleen McMahon, Judge, in connection with an action titled Celhouskey v. P.O. Paul et al hereby authorizes the following attorney(s) to bring certain electronic equipment as described below into the Courthouse for use in the action. The proceeding is anticipated to begin on Mon 11/16/09 and conclude on or about Mon. 11/23/09

Attorney Name                     Equipment Description
1. Robert Erlanger                  See attached
2. _____          _____

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. By bringing equipment into the Courthouse, the attorney(s) certifies that the electronic device(s) will not be used to send or receive wireless transmissions, create, record, or broadcast visual images or sounds or alternatively, that any such capability has been disabled. The attorney(s) also certifies that the device(s) will not be used by any other person.

Dated: 11/12/09
New York, New York

APPROVED                                    SO ORDERED:

_____                     _____
DISTRICT EXECUTIVE                          U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

Alexander Alhovsky,

        Plaintiffs,                        07 Civ. 7628 (CM)

    -against-

NYPD P.O. Paul, et al.

        Defendants.
————————————————————————x

### ORDER PERMITTING COUNSEL TO RETAIN EXHIBITS DURING TRIAL

McMahon, J.:

    This Order is to advise the United States Marshals and Court Security Officers that trial counsel for the above-captioned case are permitted to bring their exhibits : balloon air pump with battery and fanny pack, black artist's portfolio bag and balloon hamper, with them to courtroom 14C for the trial of this case which is anticipated to run from Monday November 16, 2009 to Monday November 23, 2009. Counsel is Robert Erlanger from The Erlanger Law Firm.

Dated: November 12, 2009
       New York, New York

_____
U.S.D.J.