# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALEXANDER ALHOVSKY,

                            Plaintiff,                    07 **CIVIL** 7628 (CM)

            -against-                           **AMENDED JUDGMENT**

POLICE OFFICERS CHRISTOPHER PAUL,
TIMOTHY MORENZONI AND TIMOTHY GAVEN,
                            Defendants.

------------------------------------------------------------X

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY
> DOC #:
> DATE FILED: 12/9/09

The issues in the above-entitled action having been brought on for trial before the Honorable

Colleen McMahon, United States District Judge, and a jury on November 16, 2009, and at the

conclusion of the trial on November 19, 2009, the jury having returned a verdict in favor of the

defendants, it is,

### ORDERED, ADJUDGED AND DECREED:    That the Second Amended

Complaint be and it is hereby dismissed.

**DATED:** New York, New York
            December    , 2009

SO ORDERED

--------------------------
            **USDJ**

**J. MICHAEL McMAHON**

--------------------------
            **Clerk of Court**

BY: _____
            **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____